Janet M. Schroer, OSB No. 813645
E-mail: jms@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
	Attorneys for Defendant Sarah Silberger

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KARL HUGO**,<br><br>            Plaintiff,<br><br>    v.<br><br>**SARA SILBERGER; RAQUEL HUGO,**<br><br>            Defendants. | Case No. 3:25-cv-00747-SB<br><br>**NOTICE OF REPRESENTATION AND CONSENT TO FILING OF SECOND AMENDED COMPLAINT** |

The undersigned gives notice of representation of defendant Sarah Silberger in this case. While Mr. Hugo did not seek to confer with defendant Sarah Silberger on the proposed second amended complaint, she does not object to its filing.

///

///

///

///

///

///

///

///

Page 1 -   **NOTICE OF REPRESENTATION AND CONSENT TO FILING OF SECOND AMENDED COMPLAINT**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

The undersigned is evaluating motions against the complaint in order to confer with Mr. Hugo. Defendant Silberger will be prepared to file a motion, if necessary, once it is determined which version of the complaint needs to be addressed.

Respectfully submitted this 25th day of June, 2025.

                HART WAGNER, LLP

    By:   */s/ Janet M. Schroer*
           Janet M. Schroer, OSB No. 813645
           jms@hartwagner.com
           Of Attorneys for Defendant Sarah Silberger

Page 2 -   **NOTICE OF REPRESENTATION AND CONSENT TO FILING OF SECOND AMENDED COMPLAINT**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2025, I served the foregoing **NOTICE OF REPRESENTATION AND CONSENT TO FILING OF SECOND AMENDED COMPLAINT** on the following party at the following address:

| | |
|---|---|
| Karl Hugo | Raquel Hugo |
| 650 S. Lowell #527 | 2307 SE 52nd Avenue |
| Portland, OR  97239 | Portland, OR  97215 |
| *Plaintiff Pro Se* | *Defendant Pro Se* |

[X]  by **mailing** a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed as set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid; **AND**

[ ]  by causing a true and correct copy thereof to be **hand-delivered** in sealed envelopes to said addresses on the date set forth above.

[ ]  by **faxing** a true and correct copy thereof to the fax numbers shown for said addresses on the date set forth above.

[ ]  by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorneys as shown above on the date set forth above.

[ ]  by submitting said document via **electronic mail**, a copy thereof was served on the parties above.

*/s/ Janet M. Schroer*
Janet M. Schroer

Page 1 -  **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**