Janet M. Schroer, OSB No. 813645
E-mail: jms@hartwagner.com
Blake H. Fry, OSB No. 100128
E-mail: bhf@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

    Of Attorneys for Defendant Sarah Silberger

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KARL HUGO**,<br><br>    Plaintiff,<br><br>v.<br><br>**SARA SILBERGER; RAQUEL HUGO,**<br><br>    Defendants. | Case No. 3:25-cv-00747-SB<br><br>**DECLARATION OF BLAKE H. FRY IN SUPPORT OF DEFENDANT SARAH SILBERGER'S MOTION TO DISMISS** |

I, Blake H. Fry, declare as follows:

1.    I am an attorney for defendant Sarah Silberger in the above action. I make this declaration based on personal knowledge, except where stated herein.

2.    Attached as Exhibit 1 is true and correct copy of the Register of Actions for Multnomah County Circuit Court Case No. 14PO02991.

3.    Attached as Exhibit 2 is a true and correct copy of the Register of Actions for Multnomah County Circuit Court Case No. 16PO11019.

Page 1 -     **DECLARATION OF BLAKE H. FRY IN SUPPORT OF DEFENDANT SARAH SILBERGER'S MOTION TO DISMISS**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

4. Attached as Exhibit 3 is a true and correct copy of the Petition for Restraining Order to Prevent Abuse filed on October 7, 2014, in Multnomah County Circuit Court Case No. 14PO02991.

5. Attached as Exhibit 4 is a true and correct copy of the Restraining Order to Prevent Abuse filed on October 7, 2014, in Multnomah County Circuit Court Case No. 14PO02991.

6. Attached as Exhibit 5 is a true and correct copy of the Petition for Restraining Order to Prevent Abuse filed on November 10, 2016, in Multnomah County Circuit Court Case No. 16PO11019.

7. Attached as Exhibit 6 is a true and correct copy of the Restraining Order to Prevent Abuse filed on November 10, 2016, in Multnomah County Circuit Court Case No. 16PO11019.

8. Attached as Exhibit 7 is a true and correct copy of the Petition to Renew Restraining Order filed on September 29, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

9. Attached as Exhibit 8 is a true and correct copy of the Order Renewing Restraining Order filed on September 29, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

10. Attached as Exhibit 9 is a true and correct copy of the Request for Hearing filed on November 13, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

11. Attached as Exhibit 10 is a true and correct copy of the Respondent's Hearing Memorandum filed on December 4, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

Page 2 -   **DECLARATION OF BLAKE H. FRY IN SUPPORT OF DEFENDANT SARAH SILBERGER'S MOTION TO DISMISS**

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

12. Attached as Exhibit 11 is a true and correct copy of the Petitioner's Memorandum of Law filed on December 4, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

13. Attached as Exhibit 12 is a true and correct copy of the Order After Hearing filed on December 4, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

14. Attached as Exhibit 13 is a true and correct copy of the Order After Hearing filed on December 11, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

15. Attached as Exhibit 14 is a true and correct copy of the Order After Hearing filed on December 13, 2017, in Multnomah County Circuit Court Case No. 16PO11019.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully submitted this 7th day of July, 2025.

                HART WAGNER, LLP

By: */s/ Blake H. Fry*
     Blake H. Fry, OSB No. 100128
     bhf@hartwagner.com
     Of Attorneys for Defendant Sarah Silberger

Page 3 - **DECLARATION OF BLAKE H. FRY IN SUPPORT OF DEFENDANT SARAH SILBERGER'S MOTION TO DISMISS**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2025, I served the foregoing

**DECLARATION OF BLAKE H. FRY IN SUPPORT OF DEFENDANT SARAH SILBERGER'S MOTION TO DISMISS** on the following party at the following address:

| | |
|---|---|
| Karl Hugo<br>650 S. Lowell #527<br>Portland, OR  97239<br>karlhugo@gmail.com<br>*Plaintiff Pro Se* | Raquel Hugo<br>2307 SE 52nd Avenue<br>Portland, OR  97215<br>raquelhugo@gmail.com<br>*Defendant Pro Se* |

[X]	by **mailing** a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed as set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid; **AND**

[ ]	by causing a true and correct copy thereof to be **hand-delivered** in sealed envelopes to said addresses on the date set forth above.

[ ]	by **faxing** a true and correct copy thereof to the fax numbers shown for said addresses on the date set forth above.

[ ]	by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorneys as shown above on the date set forth above.

[X]	by submitting said document via **electronic mail**, a copy thereof was served on the parties above.

*/s/ Janet M. Schroer*
Janet M. Schroer

Page 1  -  **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**